NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RETROBRANDS USA LLC, JEFFREY KAPLAN,**
*Appellants*

**v.**

**DATA ACCESS SARL,**
*Appellee*

---

2025-2046

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91283839.

---

## O R D E R

Upon consideration of the parties' joint stipulation of voluntary dismissal of this appeal,

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

2                  RETROBRANDS USA LLC v. DATA ACCESS SARL

(2)  The parties shall bear their own costs.

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

August 27, 2025
Date

ISSUED AS A MANDATE: August 27, 2025